UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>PERFORMANCE TRADESHOW GROUP, INC., a revoked Nevada corporation,<br><br>Defendant. | Case No. 2:12-cv-01378-LRH-PAL<br><br>**ORDER FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant. Default having been entered against Defendant, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

///

///

///

1

1   IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered
2   against Defendant Performance Tradeshow Group, Inc., in the amount of $352,455, representing
3   delinquent contributions, liquidated damages, interest and attorneys' fees and costs.
4   DATED this 9th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE