# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PERFORMANCE TRADESHOW GROUP, INC., <br><br> Defendant. | Case No. 2:12-cv-01378-LRH-PAL <br><br> **ORDER** <br><br> (Mot. for Order to Show Cause - Dkt. #13) |

Before the court is Plaintiffs' Motion for Order to Show Cause (Dkt. #13).

On November 9, 2012, the district judge entered a default judgment in favor of Plaintiffs against Defendant Performance Tradeshow Group, Inc. ("Performance Tradeshow"), in the amount of $352,455.00 representing delinquent contributions, liquidated damages, interest, and attorney's fees and costs. On December 19, 2012, the undersigned entered an Order (Dkt. #11) granting Plaintiffs' motion for judgment debtor examination to the extent that Plaintiffs were given leave to serve Performance Tradeshow with a deposition notice for a Rule 30(b)(6) deposition of the judgment debtor. In the current motion, Plaintiffs seek an order to show cause why Performance Tradeshow should not be held in contempt for failure to produce a witness to appear for the Rule 30(b)(6) deposition. Counsel for the Plaintiffs represent that the notice of deposition and order permitting the deposition was served on Performance Tradeshow's registered agent on January 16, 2013. However, neither the resident agent nor any representative of Performance Tradeshow appeared for the deposition, or produced the documents required in the order. The court reporter's certificate of non-appearances is attached as Exhibit "2" to the motion.

The court will require the Defendant, a revoked Nevada corporation, to show cause. However, as the court has no information concerning the relationship between the judgment debtor and its resident agent, and more specifically, whether the resident agent (now called a registered agent in the State of Nevada) holds an office or other position in Performance Tradeshow other than being designated as the agent for service of process, the request for the resident/registered agent to show cause will be denied..

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Plaintiffs Motion for an Order to Show Cause (Dkt. #13) is **GRANTED** to the extent that Performance Tradeshow Group, Inc. shall have until March 18, 2013, to show cause why contempt and other sanctions should not be imposed for its failure to comply with the court's Order (Dkt. #11) to appear for a duly-noticed Rule 30(b)(6) deposition of the judgment debtor.
2. The Motion (Dkt. #13) is **DENIED** to the extent Plaintiffs seek an order to show cause why the resident agent should not be held in contempt.

Dated this 4th day of March, 2013.

_____
Peggy A. Leen
United States Magistrate Judge