# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE TEAMSTERS LOCAL 631
SECURITY FUND FOR SOUTHERN
NEVADA, et al.,

                Plaintiffs,

vs.

PERFORMANCE TRADESHOW GROUP, INC.,

                Defendant.

Case No. 2:12-cv-01378-LRH-PAL

**ORDER**

      This matter is before the court on Defendant Performance Tradeshow Group, Inc.'s ("Performance Tradeshow") failure to comply with the court's Order to Show Cause (Dkt. #14), and Plaintiff's Notice of Noncompliance with the Court's Order to Show Cause (Dkt #16). The Order to Show Cause and Notice involve the Defendant's failure to designate a Rule 30(b)(6) designee to appear for a judgment debtor examination as ordered. The Application and Order were served on the Defendant's resident agent. After the Notice was filed, Plaintiff applied for and received leave to conduct a judgment debtor examination of Defendant's President, Phillip Doughty on August 14, 2013. *See* Dkt ##17, 18. Plaintiffs have not filed anything indicating Mr Doughty failed to appear as ordered. Therefore, it does not appear that any further action is necessary to compel the Defendant to comply with its court-ordered obligation to appear for a judgement debtor examination.

      Accordingly,

      **IT IS ORDERED** that the Order to Show Cause (Dkt. #14) is VACATED.

      Dated this 16th day of September, 2013.

                                                                    _____
                                                                    PEGGY A. LEEN
                                                                    UNITED STATES MAGISTRATE JUDGE