# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, et al., <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>PERFORMANCE TRADESHOW GROUP, INC., <br><br>　　　　　　Defendant. | Case No. 2:12-cv-01378-LRH-PAL <br><br>**ORDER** |

　　　　The court held a show cause hearing on May 6, 2014, on its Order and Order to Show Cause (Dkt. #25) why Defendant Performance Tradeshow Group, Inc. ("Performance Tradeshow") and its president, Phillip Doughty, should not be held in contempt for their failure to comply with the court's Order (Dkt. #18) granting Plaintiffs Trustees of the Teamsters Local 631 Security Fund for Southern Nevada's and Trustees of the Teamsters Convention Industry Training Fund's Motion for Judgment Debtor Exam (Dkt. #17). Christopher Humes appeared on behalf of Plaintiffs. Neither Mr. Doughty nor a representative of Performance Tradeshow appeared.

　　　　On November 9, 2012, the district judge entered default judgment for Plaintiffs against Defendant Performance Tradeshow Group, Inc. ("Performance Tradeshow"). In an Order (Dkt. #11) entered December 18, 2012, the court granted Plaintiff's Motion for a Judgment Debtor Examination, allowing Plaintiffs to conduct a deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. (Dkt. #17). The Order also required Performance Tradeshow's corporate designee to produce certain documents related to Performance Tradeshow's assets. *See* Order (Dkt. #11). Plaintiffs served the court's Order on Performance Tradeshow's registered agent. *See* Affidavit of Service (Dkt. #15).

Performance Tradeshow failed to produce a witness to appear at the court-ordered Rule 30(b)(6) deposition.  The court entered an Order to Show Cause (Dkt. #14) on March 5, 2013, ordering Performance Tradeshow to show cause why contempt and other sanctions should not be imposed for its failure to appear for a duly-noticed deposition.  Plaintiffs served the Order on Performance Tradeshow's registered agent.  *See* Affidavit of Service (Dkt. #15).  Performance Tradeshow did not respond to the Order to Show Cause.

On July 16, 2013, Plaintiffs filed a Motion for Judgment Debtor Exam (Dkt. #17), seeking to conduct a judgment debtor exam of Performance Tradeshow's president, Mr. Phillip Doughty.  In an Order (Dkt. #18) entered July 22, 2013, the court granted Plaintiffs' Motion and directed Mr. Doughty to appear on August 14, 2013, for a judgment debtor examination and to produce certain documents concerning Performance Tradeshow's assets.  On September 13, 2013, the court vacated its Order to Show Cause in light of the scheduled judgment debtor exam.  *See* Order (Dkt. #19).

Plaintiffs served Mr. Doughty by leaving copies of the Order (Dkt. #18) with persons of suitable age at Mr. Doughty's last known addresses at 5239 E. Owens Ave., Las Vegas, Nevada, 89110 and 4790 E. Chicago Ave., Las Vegas, Nevada, 89140 on June 26, 2013.  *See* Hoover Affidavit, attached to Motion as Exhibit 2.  However, neither Mr. Doughty nor any other officer, director, or managing agent of Performance Tradeshow appeared for the judgment debtor exam.  *See* Court Reporter's Certificate of Nonappearance, attached to Motion as Exhibit 3.  Mr. Doughty has not provided any notice or explanation to Plaintiff for his failure to appear and produce documents as directed by the court.

On April 15, 2014, the court entered an Order and Order to Show Cause (Dkt. #25) requiring Performance Tradeshow and Phillip Doughty to show cause, in writing, no later than May 5, 2014, why contempt and other sanctions should not be imposed for their failure to comply with the court's Order (Dkt. #18).  The Order to Show Cause (Dkt. #25) set a hearing for Tuesday May 6, 2014, at 9:00 a.m. Plaintiffs' process server, Lane Paige, served the Order to Show Cause on Performance Tradeshow through its president, Phillip Doughty, at his residence by personally delivering and leaving a copy with Amanda, a person of suitable age and discretion, at 4790 E. Chicago Ave., Las Vegas, NV, 89110, on April 21, 2014.  *See* Affidavit of Service (Dkt. #26).

///

Phillip Doughty did not respond to the court's Order to Show Cause, and he did not appear at the hearing on the Order to Show Cause. The court's Order to Show Cause warned Mr. Doughty that failure to comply with the Order to Show Cause would result in the imposition of sanctions up to and including a bench warrant for his arrest to compel his compliance with the court's Orders.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of the Court shall issue a bench warrant for Phllip Doughty's arrest.
2. The United States Marshal's Service may issue a notice to appear in lieu of arrest before executing the bench warrant and physically arresting Mr. Doughty. The notice to appear in lieu of arrest shall compel Mr. Doughty to appear at a hearing on **June 3, 2014, at 8:45 a.m.** If Mr. Doughty responds to the notice to appear and promises to appear, the court will stay execution of the bench warrant. If Mr. Doughty does not respond to the notice to appear in lieu of arrest, the United States Marshal's Service shall execute the bench warrant.
3. A hearing is set for **June 3, 2014, at 8:45 a.m. in Courtroom 3B.**

Dated this 6th day of May, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE